THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANNA ANTONIO and SAM FARACI, Appellants.

(Argued July 16, 1934; decided July 16, 1934.)

*John T. Delaney, District Attorney (Joseph J. Casey* of counsel), for motions.

*Daniel H. Prior* for Anna Antonio, opposed.

*Charles J. Duncan* for Sam Faraci, opposed.

*Per Curiam.* An appeal does not lie to the Court of Appeals from an order of the trial court denying a motion for a new trial on the ground of newly-discovered evidence made after the affirmance of a judgment of death. (*People* v. *Mayhew,* 151 N. Y. 607.)

The motions should, therefore, be granted and the appeals dismissed.

POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., concur; LEHMAN, J., not sitting.

Appeals dismissed.